UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CAPITAL ONE TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION                                                              MDL No. 2416

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Illinois.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Illinois with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 29, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CAPITAL ONE TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION**                                                                 MDL No. 2416

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| ILN | 1 | 14–08319 | SC | 1 | 14–03693 | Johnson et al v. Capital One Bank USA NA |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE ) | Master Case No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT ) | |
| LITIGATION ) | |
| This document relates to: ) | |
| ) | |
| LAWRENCE JOHNSON and ) | Case No. 1:14-cv-8319 |
| DOROTHY JOHNSON ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE BANK (USA), N.A. ) | |

### SUGGESTION OF REMAND

ELAINE E. BUCKLO, District Judge:

    On August 6, 2015, the Court granted [467] the joint motion for suggestion of remand [465] following the agreed dismissal [468] of Johnson's claims against Capital One Bank (USA), N.A., with prejudice. Accordingly, the Court issues a suggestion of remand of Case No. 1:14-cv-08319 to the transferor district court pursuant to Rule 10.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. The Clerk is ordered to provide copies of this order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the United States District Court for the District of South Carolina.

ENTER:

*/s/ Elaine E. Bucklo*
Hon. Elaine E. Bucklo
United States District Court Judge

Date: February 17, 2016

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ JESSICA CROSS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
February 17, 2016